114 P.3d 127

# SUPREME COURT OF HAWAI'I

**June 29, 2005**

| | | |
|---|---|---|
| 24980 | Arellano v. Pleasant Travel Service | Affirmed |
| 25766 | State v. Sniffen | Affirmed |

**July 7, 2005**

| | | |
|---|---|---|
| 25613 | Norwest Mortg., Inc. v. Vincent | Affirmed |